# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-1258
Lower Tribunal Nos. F25-2125C, F25-459
_____

**India Comer and Shantearia Gaines,**
Petitioners,

vs.

**State of Florida, et al.,**
Respondents.


A Case of Original Jurisdiction – Habeas Corpus.


Carlos J. Martinez, Public Defender, and John Eddy Morrison, Assistant Public Defender, for petitioners.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for respondent the State of Florida.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Shanika A. Graves, Assistant County Attorney, for respondent Miami-Dade County.

Before SCALES, C.J., and EMAS, and GOODEN, JJ.

PER CURIAM.

India Comer and Shantearia Gaines, two female minors charged as adults, have petitioned this Court for a writ of habeas corpus. The petition challenges the legality of their detention at an adult jail. Specifically, they allege that the location and manner in which the minors are housed in the adult jail facility fails to comply with, and violates the requirements of, section 985.265(5), Florida Statutes. But Miami-Dade County has filed a response contesting some of the factual allegations and making additional factual allegations. As a result, there appears to be a good faith dispute regarding certain material facts which must be resolved for this petition to proceed.

Because Miami-Dade County has disputed Comer's and Gaines' claims, we appoint the Honorable Christine Hernandez——the trial judge who presided on Gaines' case below—to serve as a commissioner, hold an evidentiary hearing to take such testimony and receive such evidence as may be deemed proper or necessary to resolve any material factual dispute. Thereafter, Judge Hernandez shall submit a report and recommendation to this Court. In light of this, we hold the petition in abeyance for a period of thirty days from the date of this order. See Parrish v. State, 201 So. 3d 145, 146 (Fla. 3d DCA 2016).

Commissioner appointed; petition held in abeyance.